FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2021

No. 04-21-00376-CR

Andell Brymonte **PITTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2517
Honorable Jennifer Pena, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Appellant's notice of appeal challenges a judgment against him, apparently from August 13, 2021, but we have not found an appealable order under trial court cause number 2016–CR–2517. We note that the State moved to dismiss this cause number on August 16, 2021, because Appellant was convicted "in another case or count."

We ORDER Appellant to SHOW CAUSE in writing within FORTY-FIVE DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. If there is another cause number associated with the judgment that Appellant is appealing, we ORDER that it be included in an AMENDED NOTICE OF APPEAL.

We also note that no appellate counsel has been appointed to date and trust that the trial court will address the appointment expeditiously so that Appellant may be assisted with this order.

All other deadlines in this appeal are SUSPENDED pending further order of this court.

If Appellant fails to respond, this appeal will be dismissed without further notice.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court